In the Matter of the Application of SAMUEL HOROWITZ et al., Copartners under the Firm Name of STERLING COTTON MILLS, Respondents.

BENJAMIN KAPLAIN et al., Copartners under the Firm Name of KAY AR EFF CLOAK Co., Appellants.

*Appeal — motion to dismiss denied.*

Reported below, 221 App. Div. 567.

(Argued February 13, 1928; decided February 21, 1928.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 4, 1927, which reversed an order of Special Term vacating an award of arbitrators in favor of respondents and reinstated such award.

The motion is made upon the ground that permission to appeal had not been granted.

*Benjamin Jaffe* for motion.

*Jonah J. Goldstein* opposed.

Motion denied, with ten dollars costs.